# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

VS.

STEVEN LEWIS

**ORDER**

CR. NO. 92-375-1 (AET)

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 15th day of June, 2017

ORDERED that the Federal Public Defender for the District of New Jersey,

Lisa Van Hoeck, AFPD, is hereby appointed to represent said defendant in this case until further order of the Court.

_____
ANNE E. THOMPSON, USDJ

cc: Federal Public Defender